James M. Sitkin, Esq. (SBN 107650)
LAW OFFICES OF JAMES M. SITKIN
255 California Street, 10th floor
San Francisco, CA 94111
Telephone: (415) 318-1048
Facsimile: (415) 362-3268

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES J. CAMPBELL and MARK LEUTHOLD, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICANTOURS INTERNATIONAL, LLC, and DOES 1 – 100, inclusive,<br><br>Defendants. | Case No.   CV 13-00323 RS<br><br>**CLASS ACTION**<br><br>**NOTICE OF PLAINTIFFS' MOTION TO REMAND**<br><br>DATE: March 7, 2013<br>TIME:  1:30 p.m.<br>DEPT.: Courtroom 3 (Hon. Richard Seeborg)<br><br>COMPLAINT FILED: December 14, 2012<br>DATE REMOVED: January 2,3 2013 |

TO: DEFENDANT AMERICANTOURS INTERNATIONAL LLC AND ITS COUNSEL OR RECORD

Please take notice that on March 7, 20132, at 1:30 p.m., in Courtroom 3 before the Honorable Richard Seeborg of the U.S. District Court, Northern District of California, located at 450 Goldsten Gate Avenue, San Francisco, California, Plaintiffs James J. Campbell and Mark Leuthold will and hereby do move this Court for an Order remanding this legal action to the San Francisco County

Superior Court and awarding to Plaintiffs $8,000 under 28 U.S.C. § 1447(c), to be paid by said Defendant. The grounds for this Motion is that this Court lacks subject matter jurisdiction over this action and that, contrary to said Defendant's misconstruction of the Complaint, no basis for federal question jurisdiction exists.

This Motion is based upon the following concurrently filed and served documents:

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND**

**DECLARATION OF JAMES M. SITKIN IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND**

**REQUEST FOR JUDICIAL NOTICE SITKIN IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND**

**[proposed] ORDER GRANTING PLAINTIFFS' MOTION TO REMAND**

Respectfully submitted,

Law Offices of James M. Sitkin

Dated: February 1, 2013

By: /s/ James M. Sitkin
James M. Sitkin
Attorney for Plaintiffs