James M. Sitkin, Esq. (SBN 107650)
LAW OFFICES OF JAMES M. SITKIN
255 California Street, 10th floor
San Francisco, CA 94111
Telephone: (415) 318-1048
Facsimile: (415) 362-3268

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES J. CAMPBELL and MARK LEUTHOLD, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICANTOURS INTERNATIONAL, LLC, and DOES 1 – 100, inclusive,<br><br>Defendants. | Case No. CV 13-00323 RS<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JAMES M. SITKIN IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND**<br><br>DATE: March 7, 2013<br>TIME: 1:30 p.m.<br>DEPT.: Courtroom 3 (Hon. Richard Seeborg)<br><br>COMPLAINT FILED: December 14, 2012<br>DATE REMOVED: January 2,3 2013 |

I, James M. Sitkin, declare as follows:

1. I am an attorney at law in good standing and duly admitted to practice before this Court. I represent Plaintiffs James M. Campbell and Mark Leuthold in this action. I submit this declaration in support of the request in Plaintiffs' motion to remand for an award of $8,000 from Defendant under 28 U.S.C. § 1447(c).

2. Including my time in preparing this Motion, estimated time in preparing a reply to Defendant's anticipated Opposition, and time in attending the hearing of this Motion, I estimate that I will spend 20 or more hours on this Motion.

3. The requested award of $8,000 is substantially less than twenty hours at my customary hourly rate and further excludes out of pocket costs such as copying and travel to the Court for the hearing.

I declare under penalty of perjury under the laws of the United States of America that the above and foregoing is true and correct and that this declaration was executed in San Francisco, California, on February 1, 2013.

/s/ James M. Sitkin
James M. Sitkin