James M. Sitkin, Esq. (SBN 107650)
LAW OFFICES OF JAMES M. SITKIN
255 California Street, 10th floor
San Francisco, CA 94111
Telephone: (415) 318-1048
Facsimile: (415) 362-3268

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES J. CAMPBELL and MARK LEUTHOLD, individually and on behalf of all those similarly situated,<br><br>  Plaintiffs,<br><br>vs.<br><br>AMERICANTOURS INTERNATIONAL, LLC, and DOES 1 – 100, inclusive,<br><br>  Defendants. | Case No. C-13-0323 RS<br><br>**CLASS ACTION**<br><br>**STIPULATION/[proposed] ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT** |

It is hereby stipulated that:

1. An Order should issue granting leave to file the attached FIRST AMENDED COMPLAINT FOR VIOLATION OF CALIFORNIA LABOR CODE, CALIFORNIA INDUSTRIAL WELFARE COMMISSION ORDERS, AND CALIFORNIA UNFAIR COMPETITION LAW (hereinafter "First Amended Complaint");

2. The Order should deem the attached First Amended Complaint filed and served as of the date of entry of this Order without need for separate filing or service; and

3. The Order should allow Defendant AmericanTours International, LLC, fourteen days from entry of this Order to file and serve its answer to the First Amended Complaint.

It is so stipulated.

Dated: 2/14/13

LAW OFFICES OF JAMES M. SITKIN

By: _____
James M. Sitkin
Attorney for Plaintiffs James J. Campbell
and Mark Leuthold

Dated: 2/14/2013

SEYFARTH SHAW LLP

By: _____
Emily E. Barker
Attorney for Defendant AmericanTours
International, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/22/13

_____
Judge Richard Seeborg
Judge of the U.S. District Court

1

STIPULATION/[proposed] ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT— case no. C-13-0323 RS